JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GONZALEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>NICHOLAS WOO and DOES 1 through 10,<br><br>          Defendants. | **Case No: 2:16-cv-06586-ODW-RAO**<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

1

In light of Plaintiff's failure to comply with the Court's January 25, 2017, Order to Show Cause, and lack of prosecution appearing in the case, **IT IS HEREBY ORDERED** that the entire action and all claims asserted therein are **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

February 27, 2017

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**